**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 19-81991 |
| In The Wind, LLC ) | |
|   EIN: xx-xxx-5230 ) | Chapter 11 |
| ) | |
| Debtor ) | |

<u>MOTION TO EXTEND TIME TO FILE SCHEDULES OF ASSETS AND
LIABILITIES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES,
SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND
STATEMENTS OF FINANCIAL AFFAIRS</u>

COMES NOW In the Wind, LLC ("Debtor"), Debtor in the above Chapter 11 case and requests this Court to extend the time allowed to file schedules and forms and would show unto the Court as follows:

1. Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on July 1, 2019.
2. The requirements of section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c) normally require debtors to file their schedules of assets and liabilities, schedules of current income and expenditures, and schedules of executory contracts and unexpired leases, and statements of financial affairs within fourteen days after their commencement date.
3. 2. The Court has the authority to grant the requested extension under Bankruptcy Rules 1007(c) and 9006(b). Bankruptcy Rule 1007(c) together with Bankruptcy Rule 9006(b) allow the Court to extend the filing deadline for the Schedules "for cause shown." Showing "cause" merely requires that a debtor "demonstrate some justification for the issuance of the order" and bankruptcy courts will normally grant such extensions "in the absence of bad faith or prejudice to the adverse party." See, e.g., Bryant v. Smith, 165 B.R. 176, 182 (W.D. Va. 1994) (discussing the standard for granting extensions under Bankruptcy Rule 1007) (internal citations and quotation marks omitted).
4. Good and sufficient cause exists for granting an extension of time to file the Schedules. The Debtor and Debtor's counsel have been working diligently to complete the Schedules and Forms. However, the 4th of July Holiday fell in between the date of filing and today, the due date of the schedules thereby causing Debtor to lose approximately 2 business days to work on the Schedules and gather the necessary information. Debtor and Debtor's counsel only ask for an additional 2 days to complete the Schedules and Forms.

WHEREFORE, Debtor requests and a two day extension to the deadline to complete the Schedules and Forms.

Dated July 16th, 2019.

                    IN THE WIND, LLC

                    /s/Michael Moore
                    Michael Moore, Sole/Managing Member

                    /s/Richard L. Collins
                    Richard L. Collins  (ASB-8742-C66R)
                    Attorney for Debtor
                    P. O. Box 669
                    Cullman, AL 35056
                    (256) 739-1962

## CERTIFICATE OF SERVICE

      This is to certify that on the 16th day of July, 2019 a copy of this pleading was served by placing a copy of the same in the U. S. Mail with postage prepaid and correctly addressed to the following:

Richard Blythe
Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602

20 Largest Unsecured Creditors

All parties requesting notice

                    /s/ Richard L. Collins
                    Richard L. Collins