# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 19-81991 |
| In The Wind, LLC ) | |
|   EIN: xx-xxX-5230 ) | Chapter 11 |
| ) | |
| Debtor ) | |

## MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL

COMES NOW In The Wind, LLC, as debtor-in-possession in the above-styled Chapter 11 case ("Debtor"), and requests this Court for authorization to use cash collateral. In support of this Motion, Debtor states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Chapter 11 case under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief this Motion seeks are Bankruptcy Code §§ 105(a), 363(b), and 507(a)(4) and (5) and Bankruptcy Rules 6003 and 6004.

### BACKGROUND

3. In The Wind, LLC, is an Alabama Limited Liability Company with its principal place of business at 40 County Road 1199, Cullman, Alabama, 35057.

4. Debtor is engaged in the business of over the road trucking.

5. On July 1, 2019 (the "Petition Date"), Debtor filed a voluntary petition in this Court under Chapter 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"). A Trustee has not been appointed and Debtor continues to operate its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

6. No official committees have been appointed in this case. No party has requested the appointment of a trustee or an examiner.

7. Debtor plans to continue to operate its business and manage its business as a debtor in possession under §§ 1107(a) and 1108 of the Bankruptcy Code. Through the filing of this Chapter 11 petition, Debtor seeks to accomplish a successful reorganization of its business, which will allow Debtor post-confirmation to continue to operate its business.

## RELIEF REQUESTED

8. The undersigned counsel recently learned the accounts receivable of In the Wind, LLC, are subject to an existing security agreement and constitute "cash collateral" within the meaning of § 363(a) of the Bankruptcy Code. Section 363(c)(2) prohibits a debtor from utilizing cash collateral without the consent of such party or absent Court approval.

9. Pursuant to § 363(c)(2)(B), Debtor seeks authorization from this Court, after notice and hearing, to use the cash collateral of Lendini pursuant to the terms and conditions encompassed within this Court's Order Granting Adequate Protection and Permitting Use of Cash Collateral (the "Cash Collateral Agreement").

10. Debtor's only source of cash for the continued operation of its business is operating revenue, which is cash collateral. Debtor has an immediate need for authority to continue to use the cash collateral in its ongoing business operations. If Debtor is not permitted to use the cash collateral, it will have to shut down its business, thus hindering any prospects of future reorganization.

11. The value securing the Lendini loan is valued at $160,000.00.

12. A three (3) month budget, which is attached as Exhibit A, indicates that the Debtor anticipates being profitable and protecting the cash collateral position of the Bank.

13. The undersigned counsel is out of town for a yearly vacation from July 19, 2019, to July 28, 2019 and respectfully request the hearing to be set in this matter be set beyond those dates or in the alternative that the undersigned counsel be allowed to appear by telephone.

WHEREFORE, the Debtor respectively requests this Court to enter an Order permitting use of cash collateral upon the terms and conditions stated herein and to grant such other and further relief as this Court deems just and proper.

Respectfully submitted July 18, 2019.

/s/Richard L. Collins
Richard L. Collins  (ASB-8742-C66R)
Attorney for Debtor
P. O. Box 669
Cullman, AL 35056
(256) 739-1962

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of July, 2019 a copy of this pleading was served by placing a copy of the same in the U. S. Mail with postage prepaid and correctly addressed to the following:

Richard Blythe
Bankruptcy Administrator

P. O. Box 3045
Decatur, AL 35602

20 Largest Unsecured Creditors

All parties requesting notice

                                                /s/ Richard L. Collins
                                                Richard L. Collins

EXHIBIT "A"

## IN THE WIND, LLC
## 3 MONTH BUDGET

| **INCOME** | | Jul-19 | | Aug-19 | | Sep-19 |
|---|---|---:|---|---:|---|---:|
| TRUCKING INCOME | $ | 190,000.00 | $ | 200,000.00 | $ | 210,000.00 |
| **EXPENSES** | | | | | | |
| ACCOUNTING | $ | 500.00 | $ | 500.00 | $ | 500.00 |
| ADVERTISING | $ | 2,600.00 | $ | 2,600.00 | $ | 2,600.00 |
| BUILDING REPAIRS & MAINTENANCE | $ | 400.00 | $ | 400.00 | $ | 400.00 |
| COMPUTER SERVICES AND SUPPLIES | $ | 1,120.00 | $ | 1,120.00 | $ | 1,120.00 |
| DUES AND SUBSCRIPTIONS | $ | 200.00 | $ | 200.00 | $ | 200.00 |
| FUEL & OIL EXPENSE | $ | 75,000.00 | $ | 76,000.00 | $ | 77,000.00 |
| INSURANCE | $ | 24,033.00 | $ | 24,033.00 | $ | 24,033.00 |
| LEGAL AND PROFESSIONAL | $ | 2,000.00 | $ | 2,000.00 | $ | 2,000.00 |
| MEMBER DRAW | $ | 5,100.00 | $ | 5,100.00 | $ | 5,100.00 |
| MISCELLANEOUS | $ | 2,000.00 | $ | 2,000.00 | $ | 2,000.00 |
| OFFICE EXPENSE | $ | 500.00 | $ | 500.00 | $ | 500.00 |
| PAYROLL - ADVANCE | $ | 17,200.00 | $ | 18,200.00 | $ | 19,200.00 |
| PAYROLL - LEASED EMPLOYEES | $ | 11,200.00 | $ | 11,200.00 | $ | 11,200.00 |
| PERMITS AND FEES | $ | 300.00 | $ | 300.00 | $ | 300.00 |
| RENT / MORTGAGE PAYMENT | $ | 4,126.00 | $ | 4,126.00 | $ | 4,126.00 |
| TELEPHONE | $ | 400.00 | $ | 400.00 | $ | 400.00 |
| TOOLS & SUPPLIES | $ | 600.00 | $ | 600.00 | $ | 600.00 |
| TRAVEL | $ | 4,000.00 | $ | 4,000.00 | $ | 4,000.00 |
| TRUCK & EQUIP MAINT. & MECH & PARTS | $ | 8,500.00 | $ | 8,500.00 | $ | 8,500.00 |
| TRUCK AND TRAILER RENTAL | $ | 15,827.00 | $ | 15,827.00 | $ | 15,827.00 |
| UTILITIES | $ | 800.00 | $ | 800.00 | $ | 800.00 |
| **TOTAL EXPENSES** | $ | 176,406.00 | $ | 178,406.00 | $ | 180,406.00 |
| **NET INCOME** | $ | 13,594.00 | $ | 21,594.00 | $ | 29,594.00 |