# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

In The Wind, LLC } **Case No: 19-81991-CRJ11**
}
DEBTOR(S). }
}
}

## ORDER

This matter came before the Court on Wednesday, September 04, 2019 02:30 PM, for a hearing on the following:

   RE: Doc #53; Debtor's Application to Employ R. Champ Crocker as Special Counsel

Proper notice of the hearing was given and appearances were made by the following:

   Richard L Collins, attorney for   In The Wind, LLC  (Debtor)
   Richard M Blythe (Bankruptcy Administrator)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

   The Debtor's Application to Employ R. Champ Crocker as Special Counsel is DENIED without prejudice for the reasons stated on the record.

Dated: 09/04/2019

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge