IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| In The Wind, LLC, | ) | CASE NO. 19-81991-CRJ11 |
| Tax ID / EIN: -5230 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

## BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION CONCERNING THE DEBTOR'S APPLICATION TO EMPLOY ELIZABETH PLASTERS, CPA, AS A PROFESSIONAL

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the application to employ a CPA filed by the debtor, states as follows:

1. The Bankruptcy Administrator, has reviewed the application to employ Elizabeth Plasters, CPA, ("Applicant") as a Professional filed by the debtor in the above styled case and finds that the same does not comply with the requirements of 11 U.S.C. §327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure. The application does not contain a verified statement disclosing any connections of the Applicant to the Debtor or parties in interest.

WHEREFORE, these premises considered, the Bankruptcy Administrator recommends that the Court not approve the application to employ Elizabeth Plasters, CPA, until the application is supplemented with a verified statement as required by Bankruptcy Rule 2014.

Respectfully submitted 10 September 2019.

                                                  J. THOMAS CORBETT
                                                  United States Bankruptcy Administrator for the
                                                  Northern District of Alabama

                                      BY:   /s/ Richard M. Blythe
                                                  Richard M. Blythe
                                                  Assistant U.S. Bankruptcy Administrator
                                                  Alabama. Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045

400 Well Street NE, Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

      I hereby certify that on 10 September 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

**Richard L Collins**, Esq., via CM/ECF electronic service at richard@rlcollins.com

                                        /s/ Richard M. Blythe
                                        Richard M. Blythe
                                        Assistant U.S. Bankruptcy Administrator