IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| IN THE WIND, LLC | ) | CASE NO. 19-81991-CRJ11 |
| | ) | CHAPTER 11 |
| Debtor, | ) | |
| | ) | |

**MOTION TO RETURN TO DOCKET AND RESET
HEARINGS ON EVABANK'S TWO MOTIONS TO LIFT THE
AUTOMATIC STAY OR, ALTERNATIVELY, FOR THE GRANT
OF ADEQUATE PROTECTION DOCS [40] AND [41]**

COMES NOW EvaBank, by counsel, and moves the Court to return to docket and reset the hearings on EvaBank's Motions to Lift the Automatic Stay or Alternatively For Grant of Adequate Protection, documents [40] and [41] and would state as follows:

EvaBank and Debtor tentatively reached an agreement to resolve both Motions, but Debtor has not followed through on filing either of the Orders and has not complied with the terms of either of the agreements.

Respectfully submitted,

_____
John R. Lavette
Attorney for EvaBank

OF COUNSEL:
MORRIS & LAVETTE, P.C.
2131 Third Avenue North
Birmingham, AL 35203
Telephone: (205) 254-3885

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served, by ECF filing where applicable or by placing a copy to each in the U.S. Mail first-class postage prepaid this the 11th day of October, 2019 to the following:

Richard L. Collins (by ECF filing)
Attorney at Law
P O Box 669
Cullman, AL 35056
richard@rlcollins.com

Richard M. Blythe (by ECF filing)
Assistant U.S. Bankruptcy Administrator
Northern District of Alabama
Post Office Box 3045
Decatur, Alabama 35602

In The Wind, LLC (by U.S. Mail)
P O Box 103
Vinemont, AL 35179

John R. Lavette