UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | } |
| IN THE WIND, LLC | } Case No. 19-81991-CRJ-11 |
| | } Chapter 11 |
| Debtor(s) | } |

**ORDER DENYING MOTION TO RETURN TO DOCKET**

Before the Court is the Motion to Return to Docket and Reset Hearings on EvaBank's Two Motions to Lift the Automatic Stay or, Alternatively, for the Grant of Adequate Protection ("Motion to Return to Docket"), ECF No. 101. EvaBank alleges that the parties tentatively reached an agreement to resolve two Motions for Relief from Stay filed by EvaBank and that the Debtor has failed to submit proposed Orders memorializing the agreements and failed to comply with the terms of either agreement.

The Court has considered the requested relief and finds that the Motion to Return to Docket should be denied because the remedy for any alleged breach of an agreement should be pursued by seeking damages or other appropriate relief.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Return to Docket is **DENIED**.

Dated this the 15th day of October, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge