## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Case No. 19-81991 |
| In The Wind, LLC | ) | |
|   EIN: xx-xxX-5230 | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

### MOTION FOR AUTHORITY TO SELL ASSET FREE AND CLEAR OF LIENS
### AND NOTICE OF SALE AND DEADLINE FOR SUBMITTING OBJECTIONS

COMES NOW In The Wind, LLC, as Chapter 11 Debtor-in-Possession ("Debtor"), and gives notice pursuant to Bankruptcy Rules 2002 and 6004 of its intent to sell the property described below free and clear of liens under 11 U.S.C. § 363(f) and, pursuant to Bankruptcy Rule 6004(c), moves this Honorable Court for an order authorizing him to sell said property. As grounds for said motion, the Trustee states as follows:

1.     On July 1, 2019 (the "Filing Date"), the Debtor commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2.     The Debtor continues to be authorized to operate the business as Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.     The Debtor is a trucking company and owns multiple semi-trucks and semi-trailers.

4.     Four of Debtor's semi-trailers, along with five of Debtor's semi-trucks, are pledged as collateral to First Community Bank.

5.     As of filing its proof of claim on September 6, 2019, the Bank asserted that the balance owed on the loan upon which the semi-trucks and semi-trailers are pledged as collateral has a remaining principal balance of approximately $448,825.01, plus accruing interest, attorney's fees, and costs.

6.     Debtor, with the assistance of First Community Bank, has recently found a potential buyer for the four semi-trailers.

7.     The potential buyer for the semi-trailers is Matt Pride with I-565 Trailer Sales which is located at 25614 AL Hwy 20 Mooresville, AL 35649. He has offered $25,000.00 per semi-trailer for a total of $100,000.00 to purchase the four (4) semi-trailers. The semi-trailers to be sold (hereinafter "Property") are more specifically described as follows:

| Type | Year model | VIN |
|---|---|---|
| Semi-Trailor | 2014 | 1UYVS253XEM686404 |
| Semi-Trailor | 2014 | 1UYVS2537EM686411 |
| Semi-Trailor | 2014 | 1UYVS2537EM686408 |
| Semi-Trailor | 2014 | 1UYVS2538EM686403 |

8. In the opinion of the Debtor, it is in the best interest of the Estate to sell the Property pursuant to Title 11 U.S.C. § 363(f) free and clear of the lien of the Bank, with said lien to transfer and attach to the proceeds from the sale of the Property.

9. Sale of the Property is with the consent of the Bank pursuant to Title 11 U.S.C. § 363(f)(2).

10. Said sale is to be conducted as a private sale to Matt Pride and/or I-565 Trailer Sales (the "Purchaser") on the terms and conditions stated above. Debtor represents that this is an arms-length transaction, and Debtor has no family or business connections with Purchaser and did not know him before he made this offer.

11. All net sale proceeds will be paid directly to the Bank at closing or execution of the sale by either check or wire transfer.

12. The Bank will execute and provide a release of its lien by execution of necessary documents and/or release of titles, but only with respect to the Property and not as to any other Collateral.

13. The sale of the Property is to be conducted at after entry of a final Order approving this sale, and is to be held at a date and location mutually agreed upon by the parties.

WHEREFORE, the Trustee respectfully requests that the Court enter an order

A. Authorizing a sale of the Property free and clear of liens under 11 U.S.C. § 363(f), in accordance with the terms and conditions stated herein; and

B. For such other and further relief as the Court deems just and appropriate.

Respectfully submitted this 21st day of October, 2019.

/s/Richard L. Collins
Richard L. Collins  (ASB-8742-C66R)
Attorney for Debtor
P. O. Box 669
Cullman, AL 35056
(256) 739-1962

## CERTIFICATE OF SERVICE

This is to certify that on the 21st day of October, 2019 a copy of this pleading was served by placing a copy of the same in the U. S. Mail with postage prepaid and correctly addressed to the following:

Richard Blythe
Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602

20 Largest Unsecured Creditors

All parties requesting notice

/s/ Richard L. Collins
Richard L. Collins

```
Label Matrix for local noticing        EvaBank                              In The Wind, LLC
1126-8                                  1710 Cherokee Ave Sw                 P O Box 103
Case 19-81991-CRJ11                     Cullman, AL 35055-5333               Vinemont, AL 35179-0103
NORTHERN DISTRICT OF ALABAMA
Decatur
Mon Oct 21 14:46:09 CDT 2019

U. S. Bankruptcy Court                  **Eva Bank                          **First Community Bank
400 Well Street                         1710 Cherokee Avenue SW             P O Box 249
P. O. Box 2775                          Cullman, AL 35055-5333              Cullman, AL 35056-0249
Decatur, AL 35602-2775


**Lendini                               **Robbie A. Walker                  **The McPherson Companies
884 Town Center Drive                   1300 Legion Drive                   5051 Cardinal St
Langhorne, PA 19047-1748                Cullman, AL 35055-2410              Trussville, AL 35173-1871


AIG Property Casualty, Inc.             Assistant US Bankruptcy Administrator  Internal Revenue Service
Kevin J. Larner, Authorized Representati  Northern District of Alabama       P.O. Box 7346
80 Pine Street, 13th Floor              P.O. Box 3045                        Philadelphia, PA  19101-7346
New York, NY 10005-1734                 Decatur, AL 35602-3045


Loves Travel Stops                      Michael Paul Moore                  R. Champ Crocker LLC
10601 N Pennsylvania Ave                111 Co Rd 1199                       Special Counsel
Oklahoma City, OK 73120-4108            Cullman, AL 35057-6823              207 2nd Ave SE
                                                                            Cullman, AL 35055-3513


Richard Blythe                          SAMUEL DAVID KNIGHT                  Secretary of the Treasury
Bankruptcy Administrator                BADHAM & BUCK, LLC                  1500 Pennsylvania Ave., NW
PO Box 3045                             2001 PARK PLACE N, #500             Washington, DC 20220-0001
Decatur, AL 35602-3045                 Birmingham, AL 35203-2746


The McPherson Companies                 U.S. Securities and Exchange Commission  United States Attorney
Coface North America Insurance Company   Reg. Director, Branch of Reorganization  Northern District of Alabama
650 College Road East, Suite 2005       Atlanta Regional Office, Suite 900   1801 Fourth Avenue North
Princeton, NJ 08540-6779                950 East Paces Ferry Road           Birmingham, AL 35203-2101
                                        Atlanta, GA 30326-1180


United States Bankruptcy Administrator   Elizabeth E. Plasters              Richard L Collins
Northern District of Alabama            1258 County Road 109                Richard L. Collins - Attorney at Law
1800 Fifth Avenue North                 Cullman, AL 35057-4361              P O Box 669
Birmingham, AL 35203-2111                                                   Cullman, AL 35056-0669


Richard M Blythe                        End of Label Matrix
United States Bankruptcy Administrator   Mailable recipients     24
PO Box 3045                             Bypassed recipients      0
Decatur, AL 35602-3045                 Total                    24
```